**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-17-677 |
| | § | |
| MISAEL RAMIREZ | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 15). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is granted. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | February 26, 2018 |
| Responses are to be filed by: | March 12, 2018 |
| Pretrial conference is reset to**:** | **March 19, 2018 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **March 26, 2018 at 9:00 a.m.** |

SIGNED on January 9, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge