UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                   Case Number: 4:17−cr−00677

Misael Ramirez

NOTICE OF SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Christina A Bryan

**PLACE:**
Courtroom 701
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 3/15/2018

**TIME:** 03:30 PM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date:    February 28, 2018

David J. Bradley, Clerk